```
                                                            FILED
                                                     U.S. DISTRICT COURT
                                                     DISTRICT OF NEBRASKA

          IN THE UNITED STATES DISTRICT COURT         07 AUG 31  AM 10:49
              FOR THE DISTRICT OF NEBRASKA
                                                     OFFICE OF THE CLERK
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:07CV218 |
| | ) | |
| v. | ) | |
| | ) | CONSENT TO EXERCISE OF |
| $100,000.00 IN UNITED STATES | ) | JURISDICTION BY A UNITED |
| CURRENCY, | ) | STATES MAGISTRATE JUDGE |
| | ) | AND ORDER OF REFERENCE |
| Defendant. | ) | |

CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeal for this circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| _[signature]_ | For | RAAD JARBO | 8-30-07 |
| _[signature]_ | For | | 8/30/07 |
| | For | | |
| | For | | |

ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable F. A. Gossett, III, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the foregoing consent of the parties.

8/31/07                               _[signature]_
Date                                  LYLE E. STROM
                                      Senior United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.