**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:07CV218** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **AMENDED TRIAL ORDER** |
| **$100,000.00 IN UNITED STATES CURRENCY,** | ) | |
| | ) | **(Civil, Non-Jury)** |
| Defendant, | ) | |
| | ) | |
| **RAAD JARBO,** | ) | |
| | ) | |
| Claimant. | ) | |
| | ) | |

This case is before the court on the parties' joint oral motion [28] to amend the Trial Order [25]. Counsel appeared telephonically. Nancy Svoboda represented the plaintiff and Brent Bloom represented the claimant. Discussion held, and the court finds the joint motion should be granted. Therefore,

**IT IS ORDERED** that the court's Trial Order [25] is amended as follows**:**

1. Any pretrial motions shall be filed on or before **July 29, 2008.**

2. Trial of this matter will commence at **9:00 a.m. on August 26, 2008**, in Courtroom No. 6, second floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. I will meet with counsel in chambers at **8:45 a.m.** on the first day of trial.

3. **Exhibits.**

   a. Court's Copies: Each proponent of exhibits shall prepare a three-ring binder containing a copy of each exhibit to be offered. The binder shall be organized by dividers and tabs for quick retrieval of an exhibit during trial, and shall be delivered to chambers no later than **3:00 p.m. on Tuesday, August 19, 2008.**

   b. Original Exhibits: Exhibits shall be properly listed and identified on the exhibit form supplied by the Clerk of the Court. The form is available on the court's website: http://www.ned.uscourts.gov/forms/.

   c. Marking of Exhibits: All exhibits must be pre-marked with stickers that indicate whether the government, the plaintiff or the defendant is offering the exhibit. Plaintiff's exhibits will begin with number "1." Defendant's exhibits will begin with the three-digit number rounded to the next hundred after plaintiff's last exhibit.

   4. **Witness Lists.**  A party's witness list shall include the full name and address for each such witness.  Witnesses who do not appear to testify when scheduled may be considered withdrawn.

   5 **Requests for Interpreters or Courtroom Equipment.**  Please notify the courtroom deputy, Marian Frahm (402-661-7337) at least one week in advance if the services of an interpreter will be required for a hearing or trial.  Please notify the courtroom deputy before trial if you request the use of the ELMO evidence presenter, a large screen television, an illustrator pad/printer, an overhead projector, an easel, headsets for the hearing impaired, or other courtroom equipment.

   **DATED: June 11, 2008.**

            **BY THE COURT:**

            **s/ F.A. Gossett**
            **United States Magistrate Judge**