IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **8:07CV218** |
| **$100,000.00 IN UNITED STATES CURRENCY,** | ) ) | **ORDER** |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **RAAD JARBO,** | ) | |
| | ) | |
| **Claimant.** | ) | |

For good cause shown, and upon the representation that opposing counsel does not object,

**IT IS ORDERED** that plaintiff's Consent Motion for Extension of Pretrial Motions Deadline [33] is granted, as follows:

1. The parties are granted an extension of time from July 29, 2008 to August 28, 2008 in which to file pretrial motions.

2. The trial now set for August 26, 2008 is cancelled. If necessary, a new trial date will be set by further order.

**DATED July 31, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**