IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 8:07CV218 |
| $100,000.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | MEMORANDUM AND |
| | ) | ORDER |
| Defendant, | ) | |
| | ) | |
| RAAD JARBO, | ) | |
| | ) | |
| Claimant. | ) | |